No. ——. EX PARTE ARTHUR DOYLE;
No. ——. EX PARTE ORAL S. EVENSON;
No. ——. EX PARTE LOUIS T. McCONNELL; and
No. ——. EX PARTE CHESTEEN McCONNELL. October 25, 1943. The motions for leave to file petitions for writs of habeas corpus are denied.

No. ——. EX PARTE MARS, INCORPORATED. October 25, 1943. The motion for leave to file the petition for writ of mandamus is denied without consideration of the merits and without prejudice to its presentation to the Circuit Court of Appeals for the Eighth Circuit, as is deemed to be the more appropriate procedure. *Ex parte Peru,* 318 U. S. 578, 584, and cases cited; *Ex parte Fred Benioff Co.,* 317 U. S. 594. Proceedings before the Special Master will be stayed for ten days to afford petitioner an opportunity to present its petition to the Circuit Court of Appeals.

No. ——. JAMES v. FLORIDA. October 25, 1943. Petition for stay of execution denied.